## PENDLETON v. McCORNACK *et al.*

No. 4819. Opinion Filed September 7, 1915.

(151 Pac. 681.)

**APPEAL AND ERROR—Dismissal—Failure to File Brief.** Where the plaintiff in error fails to file brief, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), the appeal will be dismissed for want of prosecution.

(Syllabus by Wilson, C.)

*Error from Superior Court, Oklahoma County;*
*Edward Dewes Oldfield, Judge.*

Action by H. Pendleton against C. S. Avery and others. Judgment for defendants, James N. McCornack and another, and plaintiff brings error.  Dismissed.

*S. A. Byers,* for plaintiff in error.

*Burwell, Crockett & Johnson,* for defendants in error.

Opinion by WILSON, C.  This proceeding in error was docketed in this court on February 20, 1913, and the cause regularly set for submission on July 8, 1915.  The plaintiff in error has failed to file and serve a brief as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), and on July 8, 1915, the defendants in error filed their motion to dismiss the appeal for the failure of the plaintiff in error to prosecute the same, and we therefore recommend, on authority of *Turner Hardware Co. v. John Deere Plow Co.,* 39 Okla. 633, 136 Pac. 417, that the appeal be dismissed.

By the Court:   It is so ordered.